# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MAYNARD BRAVERMAN, et al., | Case No. 2:15-cv-00914-JCM-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| LEON WOLIN, et al., | (Docket No. 25) |
| Defendant(s). | |

Pending before the Court is Plaintiff Maynard Braverman's counsel's motion to withdraw. Docket No. 25. The Court hereby **SETS** a hearing on the motion for February 22, 2016, at 11:00 a.m. in Courtroom 3C. Plaintiff Braverman and his current counsel shall appear at the hearing in person. Any newly retained counsel shall also appear in person. THERE WILL BE NO EXCEPTIONS TO THESE APPEARANCE REQUIREMENTS. No later than February 5, 2016, Plaintiff Braverman's current counsel of record shall serve him with this order and shall file a proof of service. Any response to the motion to withdraw shall be filed no later than February 18, 2016.

IT IS SO ORDERED.

DATED: February 2, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge