**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MAYNARD BRAVERMAN, ) <br> Plaintiff, ) <br> vs. ) <br> JAMES J. GIANCOLA, et al., ) <br> Defendant. ) | Case No. 2:15-cv-00914-JCM-NJK <br><br> ORDER <br><br> (Docket No. 25) |

On February 2, 2016, Plaintiff's counsel filed a motion to withdraw as counsel of record. Docket No. 25. The Court set a hearing on the motion for February 22, 2016. Docket No. 26. On February 17, 2016, the parties filed a stipulation of dismissal. Docket No. 28. The parties indicate that the stipulation renders all pending motions moot. *Id*. at 1.

Accordingly, Plaintiff's motion to withdraw as counsel, Docket No. 25, is hereby **DENIED** as moot. The hearing set for February 22, 2016, is **VACATED**.

IT IS SO ORDERED.

DATED: February 17, 2016.

_____
NANCY J. KOPPE
United States Magistrate Judge