1    **ROBERT B. POOL, ESQ.**
Nevada Bar No. 4723
2    7472 West Sahara Ave, #102-B
Las Vegas, Nevada 89117
3    Tele:   (702) 834-5600  Fax:   (702) 834-5601
Email: BobPool@gmail.com
4    **Attorney for Maynard Braverman and Joan Hayet**

5    **UNITED STATES DISTRICT COURT**

6    **DISTRICT OF NEVADA**

7    MAYNARD BRAVERMAN, JOAN HAYET,    Case No.    2:15-cv-00914-JCM-NJK
and JOHN AND JANE DOE PLAINTIFFS 1 –
8    20,
       Plaintiffs,
9    vs.    **STIPULATION AND ORDER**

10    JAMES J. GIANCOLA; JEROME JAY FRITZ
a/k/a J.J. FRITZ; ANGELO A. DIPAOLO;
11    BARRY I. FORRESTER; ROBERT J.
GENETSKI; GERALD F. HARTLEY;
12    ESTATE OF HOMER J. LIVINGSTON, JR.;
JOSEPH R. RIZZA; EGIDIO V. SILVERI a/k/a
13    E.V. SILVERI; LEON WOLIN; THOMAS A.
CARAVELLO; SHELDON BERNSTEIN;
14    THOMAS H. HACKETT; MARY M.
HENTHORN; KELLY J. O'KEEFFE;
15    BROGAN M. PTACIN; JOHN S. SPEAR; and
WILLIAM H. STOLL,; JOHN and JANE DOES
16    1-10; ROE BUSINESS ENTITIES and
CORPORATIONS 1-10; and BLACK AND
17    WHITE COMPANIES 1-10, et al.,

18        Defendants.

19        Plaintiff Maynard Braverman, through ROBERT POOL, ESQ., and Defendants, through

20    JAMES KOHL, ESQ., of Howard and Howard, do stipulate and agree to dismiss the above entitled

21    cause of action with prejudice, with each side bearing their own fees and costs. This stipulation renders

22    the pending motions moot.

23        DATED this 12th Day of February, 2016.

24    FOR THE PLAINTIFF JOAN HAYET      FOR THE DEFENDANTS

25    /s/ Robert Pool, Esq.            /s/ James Kohl, Esq.

26    _____    _____
Robert Pool, Esq.              James A. Kohl, Esq.
27    7472 West Sahara Ave, #102-B      Howard & Howard Attorneys, PLLC
Las Vegas, Nevada 89117        3800 Howard Hughes Parkway, #1000
28    Tele:   (702) 834-5600         Las Vegas, Nevada 89169
Fax:   (702) 834-5601          Tele:   (702) 257-1483
Email: BobPool@gmail.com       Fax:   (702) 567-1568
                                 Email: jak@h2law.com

**ORDER**

IT IS SO ORDERED, that the stipulation is granted. The above entitled cause of action shall be dismissed with prejudice as to Plaintiff Joan Hayet,  with each side bearing their own fees and costs. All pending motions are rendered moot.

DATED February 19, 2016.

_____
UNITED STATES DISTRICT JUDGE